**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ADRIANA LLAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 11-CV-5899 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| CHASE BANK USA, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF UNOPPOSED MOTION**</u>

     PLEASE TAKE NOTICE that on **Tuesday, September 27, 2011 at 10:15 a.m.,** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable James B. Zagel or any judge sitting in his stead in Courtroom 2503 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **DEFENDANT NORTHSTAR LOCATION SERVICES, LLC'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**, a copy of which is hereby served upon you.

                                  HINSHAW & CULBERTSON LLP

David M. Schultz
Matthew T. Glavin
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
mglavin@hinshawlaw.com

          s/ *Matthew T. Glavin*
          Matthew T. Glavin

## CERTIFICATE OF SERVICE

I hereby certify that on **September 22, 2011**, I electronically filed the above and foregoing **NORTHSTAR LOCATION SERVICES, LLC'S NOTICE OF MOTION** and **SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served on all parties of record below on September 22, 2011.

HINSHAW & CULBERTSON LLP

s/ *Matthew T. Glavin*
Matthew T. Glavin

## Service List

*Attorney for Plaintiff*

Nathaniel Tisdale Cutler
Fuksa Khorshid, LLC
70 W. Erie, 2nd Floor
Chicago, IL 60643
(312) 266-2221

*Attorney for Chase Bank USA, N.A.*

Rosa Maria Tumialan-Landy
Dykema Gossett PLLC
10 So. Wacker Dr., Ste. 2300
Chicago, IL 60606
rtumialan@dykema.com

130172120v1  0927000  75696